```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**RICARDO ACEVEDO**                                                **PLAINTIFF**

        v.        Civil No. 09-5235

**SHERIFF KEITH FERGUSON;
CAPTAIN ROBERT HOLLY; LT.
CARTER; SGT. FRY; SGT. NANCE;
SGT. FINNEGAN; CPL. ACOSTA;
CPL. JOHNSON; DEPUTY LEASE;
and DEPUTY McCRAINE**                                              **DEFENDANTS**

### O R D E R

Now on this 4th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Henden
                                                **JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE**